762

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TOMMY LEE WILLIAMS, Appellant.— No opinion. Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.

■ In the Matter of WILBUR C. ROGERS, Respondent, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles, Appellant.— Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.